JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE LOPEZ, et al., | Case No. 8:21-cv-00353-JVS-KES |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| DOANTRANG DANG, et al., | |
| Defendants. | |

Pursuant to the Court's Order Dismissing Action for Lack of Federal Subject Matter Jurisdiction,

IT IS ADJUDGED that the Complaint and entire action are dismissed for lack of federal subject matter jurisdiction.

DATED: April 08, 2021

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE